

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00496-CV

**CALUMET SAN ANTONIO REFINING, LLC** and Calumet Specialty Products Partners, L.P.,
Appellants

v.

**TEXSTAR MIDSTREAM LOGISTICS, LP,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10015
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

By order dated October 1, 2019, we granted the parties' joint motion to abate this appeal pending settlement and ordered appellants to file a motion requesting an appropriate disposition of the appeal by October 31, 2019. On October 31, 2019, the parties filed a joint motion to continue the abatement. The motion is GRANTED. It is ORDERED that the appellants file a motion requesting an appropriate disposition of this appeal within thirty days from the date of this order. *See Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.); TEX. R. APP. P. 42.1, 43.2. This abatement does not affect this court's order dated July 25, 2019, staying the trial court's Order Dissolving Temporary Injunction pending the final disposition of this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk